IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH DIVISION

| | |
|---|---|
| BLAIR DOUGLASS, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>HUSQVARNA PROFESSIONAL PRODUCTS, INC.,<br><br>                Defendant. | Civil Action No. 2:25-cv-00771-CCW |

**ORDER GRANTING PLAINTIFF'S MOTION
TO CERTIFY CLASS FOR SETTLEMENT PURPOSES AND
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

WHEREAS, the parties in the above-captioned litigation have advised the Court that they have settled the litigation, the terms of which have been memorialized in a proposed class action settlement agreement ("the Agreement");

WHEREAS, Plaintiff has applied to this Court through a motion for an order (1) certifying the class for settlement purposes, (2) granting preliminary approval of the Agreement resolving all claims in the above-captioned matter, (3) directing notice to the class, and (4) setting a final approval hearing; and

WHEREAS, the Court has read and considered Plaintiff's Motion to Certify Class for Settlement Purposes and for Preliminary Approval of Class Action Settlement ("Motion"), the points and authorities and exhibits submitted therewith, the Agreement, and all the supporting documents, and good cause appearing;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1

1. This order incorporates by reference the definitions in the Agreement, and all terms defined therein shall have the same meaning in this order as set forth in the Agreement.

2. Plaintiff's Motion is GRANTED. It appears to this Court on a preliminary basis that the Agreement satisfies the elements of Fed. R. Civ. P. 23 and is fair, adequate, and reasonable.

3. The proposed Settlement Class is hereby preliminarily certified pursuant to Fed. R. Civ. P. 23(a) and (b)(2) for purposes of settlement. The Settlement Class is defined as:

> [A] national class of individuals who are Blind and/or who have a Visual Disability and who use Appropriate Auxiliary Aids and Services to navigate digital content and who have accessed, attempted to access, or been deterred from attempting to access, or who will access, attempt to access, or be deterred from attempting to access, [https://www.husqvarna.com/us/, https://locations.husqvarna.com/us/, https://shop.husqvarna.com/, https://husqvarna.custhelp.com/app/home, https://automower.husqvarna.com/us/index.html, https://buying-guides.husqvarna.com/en, https://www.redmax.com/us/, https://locations.redmax.com/us/, https://www.poulanpro.com/us/, https://us.gardena.com/, and https://www.orbitonline.com/] from the United States.

4. The Court finds that Plaintiff Blair Douglass will fairly and adequately protect the interests of the Settlement Class. As a result, the Court appoints and designates Mr. Douglass as representative of the Settlement Class.

5. The Court finds that attorneys Kevin Tucker, Kevin Abramowicz, Chandler Steiger, Stephanie Moore, Kayla Conahan, and Jessica Liu of East End Trial Group LLC are experienced and competent counsel who will continue to fairly and adequately protect the interests of the Settlement Class. As a result, the Court appoints and designates attorneys Tucker, Abramowicz, Steiger, Moore, Conahan, and Liu as Class Counsel for the Settlement Class.

6. The Court finds that the Long-Form Notice attached to the Agreement as Agreement Exhibit 1 and the Notice Plan attached to the pending motion as Exhibit 2 meet due process requirements, the requirements of Rules 23(c)(2) and 23(e) of the Federal Rules of Civil

Procedure, and ensure notice is well calculated to reach representative class members. The notice and notice plan are hereby approved.

7. On or before **November 28, 2025**, Defendant shall, at its expense:

(a) Add dates to the placeholders in the Long-Form Notice accompanying the Agreement as Agreement Exhibit 1.

(b) Ensure the Settlement Website is live and may be accessed over the internet. Defendant shall further ensure the Settlement Website tracks the number of visitors to the Settlement Website, and the Settlement Website remains published for at least sixty (60) days after the date the Court grants final approval of the Agreement.

(c) Cause the Long-Form Notice to be published on, and make the following documents filed in this Lawsuit available for download on, the Settlement Website: the class action complaint, motion for preliminary approval of class action settlement and supporting documents, and the Court's orders concerning preliminary approval as well as any supporting memorandum. Defendant shall ensure the Settlement Website and the documents identified in this Subsection shall be fully accessible by individuals who use Appropriate Auxiliary Aids.

(d) Display a link to the Settlement Website at the beginning of the Digital Properties' landing or home pages. Defendant shall ensure this link directs individuals who are Blind and/or who have a Visual Disability to the Settlement Website, and shall have the option to make this link invisible to customers who are not Blind and who do not have a Visual Disability, provided that this link is otherwise Accessible. The link shall include alternative text which reads "Click to view our ADA class action settlement notice." Defendant shall further ensure this link remains published for at least 60 days after the date the Court grants final approval of the Settlement Agreement.

(e) Cause a post in the form set forth below to be published on the following social media accounts: https://www.facebook.com/HusqvarnaUSA, https://www.instagram.com/HusqvarnaUSA/, https://www.youtube.com/HusqvarnaUSA, and https://x.com/husqvarnausa. Defendant shall ensure these posts are fully accessible to individuals who use Appropriate Auxiliary Aids and Services. Defendant shall further ensure these posts remain published during the Agreement Term.

> Visit https://www.husqvarnaADAsettlement.com to learn more about Husqvarna's agreement to make its online store accessible to individuals who are Blind and/or who have a Visual Disability. Have questions? Contact East End Trial Group at https://eastendtrialgroup.com.

(f) Cause an accessible in-app notice to be published via Defendant's Mobile Applications. Defendant shall ensure this notice is fully accessible to individuals who use Appropriate Auxiliary Aids and Services. Defendant shall ensure this notice shall appear at least once to any user that accesses Defendant's Mobile Applications during the Agreement Term.

> Visit https://www.husqvarnaADAsettlement.com to learn more about Husqvarna's agreement to make its online store accessible to individuals who are Blind and/or who have a Visual Disability. Have questions? Contact East End Trial Group at https://eastendtrialgroup.com.

(g) Publish a blog post on the Website in the form of the Long-Form Notice accompanying the Agreement as Agreement Exhibit 1. Defendant shall ensure this post is fully accessible to individuals who use Appropriate Auxiliary Aids and Services. Defendant shall maintain the blog post on its Website during the Agreement Term.

(h) Cause an email in the form set forth below to be sent to each subscriber of Defendant's newsletter. The email's subject line shall read: "Our agreement to make Husqvarna's store accessible to individuals who are blind or who have a visual disability". Defendant shall

4

ensure this email is fully accessible to individuals who use Appropriate Auxiliary Aids and Services.

> A proposed settlement has been reached that would resolve the class action lawsuit *Douglass v. Husqvarna Professional Products, Inc.*, Case No. 2:25-cv-00771 (W.D. Pa.). The lawsuit alleges that Husqvarna Professional Products, Inc. violated the Americans with Disabilities Act, 42 U.S.C. §§ 12101, et seq., by failing to take the necessary steps to ensure its website and mobile apps does not discriminate against individuals who are Blind and/or who have a Visual Disability. Under the settlement, Husqvarna agrees to make its website and any new website or mobile app it develops or acquires accessible to individuals who are Blind and/or who have a Visual Disability. For a more complete summary of the terms of the proposed settlement, please visit https://www.husqvarnaADAsettlement.com. Have questions? Contact East End Trial Group at https://eastendtrialgroup.com.

8. Defendant shall ensure the documents identified in the previous paragraphs shall be fully accessible by individuals who use Appropriate Auxiliary Aids and Services.

9. On or before **February 18, 2026**, Defendant shall file a declaration that all of the obligations of Paragraphs 7 and 8, *supra*, have been discharged, along with the number of visitors to the Settlement Website.

10. On or before **December 5, 2025**, Class Counsel shall, at its expense, request that at least the following organizations publish notice in the form set forth below in their respective electronic newsletters and social media accounts such that the notice is sent out within sixty (60) days of Preliminary Approval: ACHIEVA, American Action Fund for Blind Children and Adults, American Council of the Blind, American Foundation for the Blind, Blinded American Veterans Foundation, Blinded Veterans Association, Foundation Fighting Blindness, Pennsylvania Association for the Blind, Disability Law Center, Disability Rights Education and Defense Fund, and National Federation of the Blind.

> A proposed settlement has been reached that would resolve the class action lawsuit *Douglass v. Husqvarna Professional Products, Inc.*, Case No. 2:25-cv-00771 (W.D. Pa.). The lawsuit alleges that Husqvarna Professional Products, Inc. violated the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq.*, by failing to take

the necessary steps to ensure its website and mobile apps does not discriminate against individuals who are Blind and/or who have a Visual Disability. Under the settlement, Husqvarna agrees to make its website and any new website or mobile app it develops or acquires accessible to individuals who are Blind and/or who have a Visual Disability. For a more complete summary of the terms of the proposed settlement, please visit https://www.husqvarnaADAsettlement.com. Have questions? Contact East End Trial Group at https://eastendtrialgroup.com.

11. On or before **January 6, 2026**, Defendant or Defendant's counsel shall file a declaration evidencing Defendant's compliance with this order.

12. On or before **January 6, 2026**, Class Counsel shall file a declaration evidencing its compliance with this order.

13. On or before **February 5, 2026**, any Settlement Class Member may object to the Agreement by filing written objections with the Clerk of the Court ("Objection Deadline"). Only such objecting Settlement Class Members shall have the right, and only if they expressly seek it in their objection, to present objections orally at the final approval hearing.

14. On or before **February 13, 2026**, the parties shall respond to any timely-filed objections.

15. On or before **February 13, 2026**, Plaintiff shall move for final approval and for reasonable attorneys' fees and costs.

16. A final approval hearing shall be held before this Court on **February 26, 2026** at **1:00 p.m. ET** by telephone, to determine whether the Agreement shall be granted final approval, and to address any related matters.

17. The final approval hearing may, from time to time and without further notice to the Settlement Class Members (except those who have filed timely objections or entered appearances), be continued or adjourned by order of the Court.

18. Counsel for the parties are hereby authorized to utilize all reasonable procedures in connection with the administration of the Agreement which are not materially inconsistent with either this order or the terms of the Agreement.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record