**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BLAIR DOUGLASS, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> HUSQVARNA PROFESSIONAL PRODUCTS, INC., <br><br> Defendant. | Civil Action No. 2:22-cv-00771-CCW |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Blair Douglass and Defendant Husqvarna Professional Products, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate that:

1.     On February 26, 2026, the Court granted final approval of the parties' class action settlement agreement ("Order"). Doc. 35.

2.     The Court's Order requires the parties to dismiss the lawsuit with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure no later than forty-five (45) days following the date of Final Approval and Defendant's payment of fees pursuant to the Agreement, whichever occurs later. *Id*. at ¶ 10.

3.     The Court's Order also requires that the dismissal be made pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am*., 511 U.S. 375 (1994), such that the Court's dismissal order expressly retains the Court's jurisdiction to interpret and enforce the class action settlement agreement against the parties. (*Id*.)

4.     In light of the foregoing, the parties hereby stipulate that this action be DISMISSED with prejudice, and with each party bearing their own costs and fees incurred in connection with

1

this action, except as provided in the Court's Order Granting Plaintiff's Motion For Attorneys'

Fees And Incentive Award. Doc. 36.

5. This dismissal is made pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511

U.S. 375 (1994), such that the Court shall retain jurisdiction to enforce the class action settlement

agreement against the parties.

Respectfully submitted,

| **Counsel for Plaintiff and the Class:** | **Counsel for Defendant:** |
|---|---|
| */s/ Stephanie Moore* | */s/ Heather Russell Fine* |
| Kevin W. Tucker (PA 312144) | Heather Russell Fine (Atty I.D. No. 88020) |
| Kevin J. Abramowicz (PA 320659) | **NELSON MULLINS RILEY &** |
| Helen Chandler Steiger (PA 328891) | **SCARBOROUGH LLP** |
| Stephanie Moore (PA 329447) | 1000 Westlakes Drive, Suite 275 |
| Kayla Conahan (PA 329529) | Berwyn, PA 19312 |
| Jessica Liu (PA 328861) | 610-943-5352 |
| **EAST END TRIAL GROUP LLC** | heather.fine@nelsonmullins.com |
| 6901 Lynn Way, Suite 503 | |
| Pittsburgh, PA 15208 | Robert L. Wise (Admitted *Pro Hac Vice*) |
| ktucker@eastendtrialgroup.com | **NELSON MULLINS RILEY &** |
| kabramowicz@eastendtrialgroup.com | **SCARBOROUGH LLP** |
| csteiger@eastendtrialgroup.com | 1021 East Cary Street, Suite 2120 |
| smoore@eastendtrialgroup.com | Richmond, VA 23219 |
| kconahan@eastendtrialgroup.com | Telephone: (804) 533-3779 |
| jliu@eastendtrialgroup.com | robert.wise@nelsonmullins.com |

## <u>SO ORDERED.</u>

The Stipulation of Dismissal is approved. The action is hereby dismissed with prejudice.

Pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994), the Court shall retain

jurisdiction to enforce the class action settlement agreement against all parties

CHRISTY CRISWELL WIEGAND
United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 13, 2026, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.


Dated: April 13, 2026                    */s/ Stephanie Moore*
                                          Stephanie Moore